United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| EDWARD VINCENT SANDERS, | | |
| aka COTTRELL L. BROADNAX | | No. C 14-3978 PJH (PR) |
| Petitioner, | | **ORDER OF TRANSFER** |
| vs. | | |
| RON DAVIS, | | |
| Respondent. | | |

This is a habeas case filed pro se by a state prisoner. He has paid the filing fee. He seeks review of a denial of parole by the Board of Parole Hearings. He was convicted in the Superior Court of Alameda County, which is in this district. However, his parole denial occurred at a hearing at Mule Creek State Prison and he is currently housed at Valley State Prison for Men, both of which are in the Eastern District.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: October 14, 2014.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.14\Sanders3978.trn